UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **FLEMING, DIANE M** | ) | Case No. 05-52771 |
| | ) | |
| Debtor(s). | ) | Hon. **CAROL A. DOYLE** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL

    On: **April 24, 2008**         Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                                                  $3,297.34

    Disbursements                                                                          $2.63

    Net Cash Available for Distribution                                          $3,294.71

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $824.34 | $12.60 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $558.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7. Claims of general unsecured creditors totaling $1,477.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 110.2400% including 4.0800% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ecast Settlement Corporation Assign | $1,477.16 | $1,628.41 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has  been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **March 24, 2008**                        For the Court,

                                                By:  **KENNETH S. GARDNER**
                                                       CLERK OF BANKRUPTCY COURT

Trustee:     Joseph E. Cohen
Address:    105 West Madison Street
            Suite 1100
            Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2771    Doc 32    Filed 03/24/08    Entered 03/27/08 00:02:06    Desc Imaged
                  Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Mar 24, 2008
Case: 05-52771                Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Mar 26, 2008.
db           +Diane M Fleming,    450 East 45th Place,    Chicago, IL 60653-4110
aty          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    SmithAmundsen, LLC,    150 N. Michigan Avenue,    Suite 3300,
               Chicago, IL 60601-6004
aty          +Lorraine M Greenberg,    Lorraine Greenberg & Associates LLC,    20 E Jackson Blvd,    Suite 800,
               Chicago, IL 60604-2208
aty          +Marc Wagman,    Fisher & Shapiro, LLC,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
tr           +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
10185116      AFS Consolidation,    PO Box 6119,    Columbia, MD 21045-6119
10185117     +Bank One,   c/o Sentry Credit, Inc.,     2809 Grand Avenue,    Everett, WA 98201-3417
10185118      Capital One,    PO Box 85015,    Richmond, VA 23285-5015
10185119     +Capital One Auto Finance,    3901 N. Dallas Parkway,    Plano, TX 75093-7864
10185120      Household Credit Services,    PO Box 80084,    Salinas, CA 93912-0084
10185122    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10185121     +Illinois Department of Revenue,    Bankruptcy Unit,    100 W. Randolph St. Level 7-425,
               Chicago, IL 60601-3218
10185123      Providian,    PO Box 660548,    Dallas, TX 75266-0548
10185124     +Sentry Credit, Inc.,    2809 Grand Avenue,    Everett, WA 98201-3417
11207718      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission on Mar 25, 2008.
10493462     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 25 2008 02:13:52
               Capital One Auto Finance,    c/o Ascension Capital Group,    P O Box 201347,
               Arlington, TX 76006-1347
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 26, 2008**                          **Signature:** _Joseph Speetjens_